Mary Jo O'Neill, AZ Bar No. 005924
Syreeta Tyrell, AZ Bar No. 034273
**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**
**Phoenix District Office**
3300 North Central Ave., Suite 690
Phoenix, AZ 85012
Telephone: (602) 661-0067
Fax: (602) 640-5071
Email: mary.oneill@eeoc.gov
      syreeta.tyrell@eeoc.gov

Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission, | CIVIL ACTION NO.: |
| Plaintiff, | COMPLAINT |
| v. | |
| Taylor Morrison, Inc. | |
| Defendant. | |

### NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.* ("Title VII"), for an order directing Taylor Morrison, Inc. ("Defendant") to prepare, execute, and file accurate and complete Employer Information Report EEO-1s ("EEO-1 reports") as required by Section 709(c) of Title VII, 42 U.S.C. § 2000e-8(c), and regulations issued thereunder, 29 C.F.R. §§ 1602.7–1602.14, for each calendar year for which Defendant is in violation of its reporting obligations. Plaintiff United States Equal Employment Opportunity Commission ("EEOC") alleges that in prior reporting years, including calendar years 2021 and

2022, and despite written notices and demands from the EEOC, Defendant failed and refused to fully comply with its obligation to file EEO-1 reports, in violation of the aforementioned statute and regulations.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, and 1345. This action is authorized and instituted pursuant to 42 U.S.C. § 2000e-8(c) and regulations issued thereunder.

2. Venue in this Court is proper as Defendant is found, resides, or transacts business within the jurisdiction of the United States District Court for the District of Arizona.

## PARTIES

3. Plaintiff, the EEOC, is an agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII, and is expressly authorized to bring this action pursuant to 42 U.S.C. § 2000e-8(c) and regulations issued thereunder, 29 C.F.R. § 1602.9.

4. At all relevant times, Defendant could be found, resides, or transacts business within the State of Arizona and the City of Scottsdale, Maricopa County, and has continuously had at least 100 employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Section 701(b), (g), and (h) of Title VII, 42 U.S.C. § 2000e (b), (g), and (h).

## STATEMENT OF CLAIMS

6. In 2021 Defendant had 100 or more employees.

7. Defendant was under a duty to file an EEO-1 report for 2021.

8. The EEOC issued to Defendant notice of non-compliance and failure to file its required EEO-1 report for 2021 via the contact information Defendant made available to the EEOC, which it is required to keep up to date.

9. Defendant failed or refused to fully comply with its obligation to prepare, execute and file an accurate and complete EEO-1 report for 2021.

10. As of the date of this action, Defendant never filed its required EEO-1 report for 2021.

11. In 2022 Defendant had 100 or more employees.

12. The EEOC issued to Defendant notice of non-compliance and failure to file its required EEO-1 report for 2022 via the contact information Defendant made available to the EEOC, which it is required to keep up to date.

13. Defendant failed or refused to fully comply with its obligation to prepare, execute and file an accurate and complete EEO-1 report for 2022.

14. As of the date of this action, Defendant never filed its required EEO-1 report for 2022.

15. Defendant has never claimed that it is not covered or no longer covered by the requirement of making and filing annual EEO-1 reports.

16. Defendant has never claimed that it is exempt from the requirement of making and filing annual EEO-1 reports.

17. Defendant did not request or receive an exemption from timely filing its 2021 and 2022 annual EEO-1 reports.

18. Defendant's failure or refusal to file EEO-1 reports violates section 709(c) of Title VII, 42 U.S.C. §2000e-8(c), and regulations issued thereunder, 29 C.F.R. §§ 1602.7 – 1602.14.

## **PRAYER FOR RELIEF**

Wherefore, the EEOC respectfully requests that this Court:

A. Order that Defendant, without further delay, shall prepare, execute, and file accurate and complete EEO-1 reports as required by law for each prior calendar year for which it has failed to file requisite reports, including 2021 and 2022;

B. Order that Defendant file accurate and complete EEO-1 reports as required by law for each calendar year in the future;

C. Grant such further relief as the Court deems necessary and proper in the public interest; and,

D. Award the EEOC its costs of this action.

RESPECTFULLY SUBMITTED this 24th day of May 2024.

                                        Karla Gilbride
                                        General Counsel

                                        Gwendolyn Young Reams
                                        Associate General Counsel

                                        Mary Jo O'Neill
                                        Regional Attorney
                                        Phoenix District Office

                                        */s/ Syreeta Tyrell*
                                        Syreeta Tyrell
                                        Trial Attorney

                                        EQUAL EMPLOYMENT OPPORTUNITY
                                        COMMISSION
                                        Phoenix District Office
                                        3300 North Central Avenue, Suite 690
                                        Phoenix, Arizona 85012
                                        Phone: 602-661-0067
                                        Email: syreeta.tyrell@eeoc.gov